# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNIFIED MESSAGING SOLUTIONS, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>CSC HOLDINGS, LLC,<br><br>      Defendant. | C.A. No. 13-088-LPS<br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL WITH PREJUDICE

  Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff Unified Messaging Solutions LLC ("Unified Messaging") and Defendant CSC Holdings, LLC. ("CSC") hereby stipulate to both Unified Messaging's dismissal with prejudice of the claims asserted by Unified Messaging against CSC and the counterclaims asserted by CSC against Unified Messaging in this action, with each party to bear its own costs and fees.

| | |
|---|---|
| */s/ Stephen B. Brauerman* | */s/ Anne Shea Gaza* |
| Richard D. Kirk (#0922) | Frederick L. Cottrell, III (#2555) |
| Stephen B. Brauerman (#4952) | Anne Shea Gaza (#4093) |
| Vanessa R. Tiradentes (#5398) | Richards, Layton & Finger, PA |
| BAYARD, P.A. | One Rodney Square |
| 222 Delaware Avenue, Suite 900 | 920 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 655-5000 | (302) 651-7700 |
| rkirk@bayardlaw.com | cottrell@rlf.com |
| sbrauerman@bayardlaw.com | gaza@rlf.com |
| vtiradentes@bayardlaw.com | *Counsel for Defendant* |
| *Counsel for Plaintiff* | *CSC Holdings, LLC* |
| *Unified Messaging Solutions, LLC* | |

  **SO ORDERED this _____ day of May, 2013.**

                _____
                **Hon. Leonard P. Stark, U.S.D.J.**